Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2026 FEB 23  P 2: 05

U.S. DISTRICT COURT
N.D. OF ALABAMA  AO

JAMES MORENCY
**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

APAC of Alabama, Inc.
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: _____
         (to be filled in by the Clerk's Office)

JURY TRIAL  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff**

Name · JAMES MORENCY

Street Address 3202 East Henry Ave,

City and County TAMPA FL 33610  Hillsborough

State and Zip Code FL    33 610

Telephone Number  813 - 442 -3260

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name             _____

         Job or Title     _____

         Street Address  _____

         City and County _____

         State and Zip Code _____

Defendant No. 2
    Name             _____

         Job or Title     _____

         Street Address  _____

         City and County _____

         State and Zip Code _____

Defendant No. 3
    Name             _____

         Job or Title     _____

         Street Address  _____

         City and County _____

         State and Zip Code _____

Defendant No. 4
    Name             _____

         Job or Title     _____

         Street Address  _____

         City and County _____

         State and Zip Code _____

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5

Name _____

Job or Title _____

Street Address _____

City and County _____

State and Zip Code _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency *APAC of Alabama, Inc.*

Address *c/o Corporation Service Company 1201 Hays Street Tallahassee, FL 32301-2525*

### B.   If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Title VII action... 42 U.S.C § 2000 e.. federal question 28 U.S.C § 1331. Venue Northern District events occured*

Page 3 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

**C.     If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

The plaintiff, *(name)*_____, is a citizen of the
State of *(name)*_____.

2.  The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the
State of *(name)*_____. Or is a citizen of
*(foreign nation)*_____.

b.  If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under
the laws of the State of *(name)*_____, and has its
principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)*_____.

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant
owes or the amount that is at state – is more than $75,000, not counting
interest and costs of court, because: *(explain)*

_____

_____

_____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is an african american male and is a member of a protected class under Title VII. Plaintiff was employed by defendant APAC of Alabama, Inc. and was qualified to perform his job duties. On or about August 10, 2025 Plaintiff requested to be placed on a career advancement path toward becoming a superintendant. During this conversation, Plaintiff was told that other employees would be placed into superintendent roles. Plaintiff believed he was being treated differently from similarly situated employees outside of his protected class. On or about september 15, 2025 Plaintiff →

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Count I Race Discrimination Title VII (42 U.S.C § 2000e

Plaintiff incorporates all previous paragraphs. Plaintiff is a member of a protected class based on race. Plaintiff was qualified for his position. defendant subjected Plaintiff less favorably than similarly situated employees outside Plaintiff's protected class. Count II Retaliation-Title VII (42 U.S.C § 2000e-) Plaintiff incorporates all previous paragraphs. Plaintiff engaged in protected activity by raising concerns regarding career advancement and workplace treatment. Defendant subjected Plaintiff to adverse employment actions, including discipline, investigation, and termination →

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _SAMES_ _____ Last Name _MoRenay_

Mailing Address _3202 East Henry Ave_

City and State _Tampa_ _FL_ Zip Code _33610_

Telephone Number _813-442-3260_

E-mail Address _Samesmoency134@gmail.com_

Signature of plaintiff _____

Date signed _2/16/2025_

## **OPTIONAL**

You may request to receive electronic notifications. You may not file documents or communicate with the court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at

Page 6 of 7

Continuance of Factual Allegations

Plaintiff received a written disciplinary action related to Tardiness. Plaintiff submitted a written rebuttal to the disciplinary Action. On or about September 16, 2025 Plaintiff was informed that he Was being put under investigation. On or about September 17, 2025 Plaintiff was terminated from his employment for alleged misconduct Related to time reporting. Plaintiff disputes the stated reason for termination and alleges it was pretextual The disciplinary action investigation, and termination occurred shortly after plaintiff raised concerns regarding advancement and treatment. Plaintiff alleges that similarly situated employees outside of plaintiffs protected class were not Disciplined or terminated under similar circumstances. Plaintiff suffered loss of wages, loss of benefits, and other damages as a result of defendants actions.

Continuance of Count II Retaliation

The adverse actions occurred shortly after plaintiff engaged in protected activity Defendants actions constitute unlawful retaliation under Title VII

DAMAGES:

As A result in defendants actions plaintiff

Suffered:

- Loss of wages and benefits
- on going wage loss
- Out-of-pocket expenses, including temporary housing expenses
- Emotional distress
- Other damages allowed by law

Jury Demand:

Plaintiff demands a trial by Jury on all issues so triable.

Prayer for Relief:

Where fore, Plaintiff respectfully requests

A. Judgement in plaintiffs favor
B. Back pay and front pay
C. Compensatory damages
D. Punitive damages as allowed by law
E. Costs of this Action
F. Any other relief the Court deems proper

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

JamesMorency 134 @ gmail. com

Participant signature:

Date: 2/16/2025



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Birmingham District Office

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL  35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website:

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: January 6, 2026

**To:** Mr. James Morency
3202 East Henry Parkway
Tampa, FL 33610

Charge No: 420-2025-05114

EEOC Representative and email:     Cortice Miles
Federal Investigator
cortice.miles@eeoc.gov

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2025-05114.

On behalf of the Commission,

**SHERI GUENSTER** Digitally signed by SHERI GUENSTER
Date: 2026.01.06 08:53:30 -06'00'

/for Bradley A. Anderson
District Director

**Cc:**

Sarah Meyer
CRH
900 Ashwood Parkway Suite 600
Atlanta, GA 30338

Please retain this Notice for your records.

# Gmail

---

## Fw: Rebuttal-Attendance & Misconduct Write -up (September 15

---

**Morency, James (APAC - Alabama, Inc.)** <james.morency@apac.com>          Wed, Sep 17, 2025 at 1:55 PM
To: James Morency <jamesmorency134@gmail.com>

---

**From:** Morency, James (APAC - Alabama, Inc.)
**Sent:** Tuesday, September 16, 2025 4:32:27 AM
**To:** Nicholson, Cyrus (APAC-Alabama, Inc.) <                    >
**Subject:** Rebuttal-Attendance & Misconduct Write -up (September 15

Dear Mr. Nicolas,

I am submitting this rebuttal regarding the write-up I received on September 15, 2025. I would like to clarify the circumstances and ensure my employee record accurately reflects the situation.

I was on-site preparing traffic control prior to 7:00 p.m.; the first sign went out at 7:03 p.m., and the full setup was completed by 8:45 p.m. I was never explicitly instructed to be on-site or have traffic fully established by 7:00 p.m.—I followed the plans, which indicate setup begins at 7:00 p.m. During a call at 6:45 p.m., my phone battery died; I did not hang up intentionally and was immediately available once recharged. I take my responsibilities seriously and prioritize safety and efficiency. Based on the facts, I respectfully request that this rebuttal be added to my employee record to ensure an accurate and fair reflection of my performance.

Thank you for your time and consideration.

# Comisión para la Igualdad de Oportunidades en el Empleo de los Estados Unidos

Asunto: Mr. James Morency v. APAC of Alabama
Número de cargo de la EEOC: 420-2025-05114

Estimado(a): Mr. James Morency,

Este documento sirve para confirmar que hemos recibido su cargo de discriminación de la EEOC, que ha sido presentado bajo la(s) siguiente(s) ley(es):

Title VII of the Civil Rights Act of 1964 (Title VII).

Nos pondremos en contacto con usted cuando necesitemos más información. Se enviará una notificación del cargo a la organización contra la que presentó el mismo. Muchos estados, condados, ciudades y pueblos tienen sus propias leyes que prohíben la discriminación y son responsables de hacerlas cumplir. Estas agencias se denominan Agencias de Prácticas de Empleo Justas (FEPA, por sus siglas en inglés). Normalmente, las leyes que hacen cumplir estas agencias son similares a las que hace cumplir la EEOC. Si el cargo se presenta inicialmente ante la EEOC y también está cubierto por la legislación estatal o local, la EEOC presenta el cargo ante la FEPA estatal o local (lo que significa que la FEPA recibirá una copia del cargo).

Utilice el número de cargo de la EEOC que aparece en la parte superior de este correo electrónico siempre que usted o su abogado (si tiene uno) se pongan en contacto con nosotros en relación con este cargo. Por favor, notifique la Birmingham District Office de la EEOC de cualquier cambio en su información de contacto o en la de su abogado, o si alguno de los dos no va a estar disponible en algún momento durante mucho tiempo. La falta de cooperación puede dar lugar a la desestimación del cargo.

La forma más rápida y cómoda para que usted o su abogado obtengan el estado de su cargo y presenten documentos es utilizar el

Atentamente,

Comisión de Igualdad de Oportunidades en el Empleo (EEOC)

CORTICE MILES
EQUAL OPPORTUNITY INVESTIGATOR

Cc:

Gmail                                   James Morency <jamesmorency134@gmail.com>

---

## Your Charge of Discrimination is Signed / El Cargo de Discriminación está Firmado

---

**EEOC** <no-reply@service.eeoc.gov>                              Tue, Dec 16 at 2:24 PM
To: Mr. James Morency <jamesmorency134@gmail.com>



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

**(205) 651-7020**
Website:

12/16/2025

Mr. James Morency
            Parkway Tampa, FL 33610

Re:    Mr. James Morency v. APAC of Alabama
        EEOC Charge Number: 420-2025-05114

Dear Mr. James Morency,

This is to acknowledge receipt of your EEOC charge of discrimination, which has been filed under the following statute(s):

Title VII of the Civil Rights Act of 1964 (Title VII).

We will contact you when we need more information. A notice of the charge will be sent to the organization you filed the charge against. Many states, counties, cities, and towns have their own laws prohibiting discrimination and are responsible for enforcing those laws. These agencies are referred to as Fair Employment Practices Agencies (FEPAs). Usually, the laws enforced by these agencies are similar to those enforced by the EEOC. If the charge is initially filed with the EEOC and the charge is also covered by state or local law, the EEOC dual files the charge with the state or local FEPA (meaning the FEPA will receive a copy of the charge).

Please use the EEOC charge number listed at the top of this email whenever you or your attorney (if you have one) contact us about this charge. Please notify the EEOC's Birmingham District Office of any change to you or your attorney's contact information or if either of you will ever be unavailable for a long time. Failure to cooperate may lead to dismissal of the charge.

The quickest and most convenient way for you or your attorney to obtain the status of your charge and to submit documents is to use the

Sincerely,

CORTICE MILES
EQUAL OPPORTUNITY INVESTIGATOR



James Mooney
3202 East Henry Ave
Tampa FL 33610

Clerk of Court
Hugo L. Black united states court house
1729 5th Avenue North
Birmingham, Al 35203

SECURITY

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
FEB 23 2026